IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA YOUNG,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>WAL-MART STORES EAST, LP,<br><br>　　　　　*Defendant*. | CIVIL ACTION<br>NO. 14-06692 |

## ORDER

**AND NOW**, this 12th day of March, 2015, upon consideration of Plaintiff's Motion for Remand for Improper Removal (ECF No. 5), Defendant's response in opposition (ECF No. 7), and Plaintiff's reply (ECF No. 8), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

　*/s/ Gerald J. Pappert*
　GERALD J. PAPPERT, J.