## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICA YOUNG, | : | CIVIL ACTION |
| vs. | : | |
| WAL-MART STORES EAST, LP. | : | NO. 14-06692 |

## O R D E R

**AND NOW, TO WIT:** This 11th day of January, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: */s/ Katie Furphy*
Katie Furphy
Civil Deputy Clerk

Copies Emailed on 1/11/16 to:
  Pasquale J. Colavita, Esq.
  Patrick J. McDonnell, Esq.
  Marc R. Kamin, Esq.

Civ 2 (7/83)

41.1(b)